FILED
MAY 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Ramon LOPEZ-Ortega <br><br> Defendant. | Magistrate Case No.: **08 MJ 8438** <br><br> COMPLAINT FOR VIOLATION OF <br> 21 U.S.C. § 952 and 960 <br> Importation of a Controlled Substance <br> (Felony) |

The undersigned complainant being duly sworn states:

That on or about May 16, 2008, within the Southern District of California, defendant Ramon LOPEZ-Ortega did knowingly and intentionally import approximately 23.42 kilograms (51.52 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Chad Worgen, Special Agent
U.S. Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 19th DAY OF MAY 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

Probable cause established.
Statement signed and attached.
Judge Anthony J. Battaglia

## PROBABLE CAUSE STATEMENT

I, Special Agent Chad N. Worgen with United States Immigration and Customs Enforcement, declare under penalty of perjury, the following is true and correct:

On May 16, 2008, at approximately 1730 hours, Canine Enforcement Officer (CEO) J. Jones was conducting pre-primary roving operations with his Narcotics Human Detector Dog (NHDD) at the Calexico, California East Port of Entry. CEO Jones' NHDD alerted to the rear bumper of a 2006 Volkswagen Jetta with Mexican license plate number AHP2541 driven by Ramon LOPEZ-Ortega.

CEO Jones notified Customs and Border Protection Officer (CBPO) A. Cellular of the alert. CEO Jones requested LOPEZ to exit the vehicle, and CEO Jones observed LOPEZ' hands shaking. CBPO Cellular received a negative oral Customs declaration from LOPEZ. LOPEZ was the registered owner of the vehicle, and he stated he owned the vehicle for approximately two years. CBPO Cellular conducted an intensive inspection of the vehicle, and discovered packages concealed within both front and rear bumpers. CBPO Cellular probed a package, and it produced a green leafy substance that field tested positive for marijuana. A total of 21 packages of marijuana were discovered with a total weight of 23.42 kilograms (51.52 pounds).

LOPEZ was arrested for violation of Title 21 United States Code 952 and 960, Importation of a Controlled Substance. LOPEZ was read his Miranda rights. LOPEZ acknowledged his rights and invoked. LOPEZ was processed and transported to the Imperial County Jail (ICJ). During a pat down search at ICJ, Correctional Officer R. Melendez discovered a small plastic bag, containing a white powdery substance, within LOPEZ' sock. LOPEZ stated it was cocaine. CBPO D. Thomas tested the white powdery substance, and it field tested positive for cocaine. The total weight of the cocaine was 1.9 grams.

Executed on May 17, 2008, at approximately 1300 hours

_____
Chad N. Worgen, Special Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on May 16, 2008, in violation of Title 21, United States Code, Sections 952 and 960.

_____
Anthony J. Battaglia, U.S. Magistrate Judge

5/17/08  1:16pm
Date/Time